IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| **DEAN BARRETT**, <br><br> Plaintiff, <br><br> vs. <br><br> **SELENE FINANCE LP,** <br><br> Defendant. | **Case No: 4:17-cv-00985-BCW** |

## PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiff, Dean Barrett, respectfully moves the Court for an Order of Final Approval of the Class Action Settlement. Suggestions in Support of this motion are being filed contemporaneously.

A proposed Order was filed on August 24, 2018 as ECF No. 46-1 at 47.

Respectfully Submitted,

*s/ A. J. Stecklein* _____
A.J. Stecklein #46663
Michael H. Rapp # 66688
Stecklein & Rapp Chartered
748 Ann Ave
Kansas City, KS 66101
Telephone: (913) 371-0727
Facsimile: (913) 371-0727
aj@kcconsumerlawyer.com
mr@kcconsumerlayer.com

Keith J. Keogh (*pro hac vice*)
Amy L. Wells (*pro hac vice*)
55 W. Monroe Street
Suite 3390
Chicago, IL 60603
Tel: 312-726-1092
keith@keoghlaw.com
awells@keoghlaw.com

*Class Counsel*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 22, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and thereby served it on all parties.

*s/ A. J. Stecklein*
A.J. Stecklein #46663