# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| DEAN R. BARRETT, | ) |
|       Plaintiff, | ) |
| v. | )   Case No.   4:17-CV-00985-BCW |
| SELENE FINANCE, LP, | ) |
|       Defendant. | ) |

## JUDGMENT IN A CIVIL ACTION

__X__ **Decision by Court.** The issues have been considered and a decision has been rendered by the Court.

IT IS ORDERED AND ADJUDGED, granting Motion for Final Approval of Class Action Settlement (Doc. # 58), consistent with the order entered by the Honorable Brian C. Wimes this date.

AT THE DIRECTION OF THE COURT

March 22, 2019                                      /s/Paige Wymore-Wynn
Dated                                                    Court Executive

March 22, 2019                                      By: Joella Baldwin
Entered                                                 Deputy Clerk